IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION FILE NO. 3:17-CV-00740-FDW-DSC

DAVID A. JOHNSON and ALDA, INC.,   )
 )
     Plaintiffs,     )
 )
     v.     )     **ORDER**
 )
ITALIAN SHOEMAKERS, INC.,   )
 )
     Defendant.     )
 )

**THIS MATTER** comes before the Court on "Plaintiffs' Motion for Relief from [Memorandum and Recommendation of] Sanctions …" (document #25) and "Response to Defendant's Motion for Sanctions" (document #26), and "Defendant's … Response in Opposition to Plaintiffs' Motion for Relief …" (document #27).

The Court has reviewed Plaintiffs' Motion and Response, neither of which provide grounds for setting aside the "Memorandum and Recommendation" (document #24).  Plaintiffs seek relief under Fed. R. Civ. P. 60(b)(1).  Rule 60(b) is inapplicable since the Memorandum and Recommendation is not a final judgment or order.  Baytree Assoc., Inc. v. Dantzler, Inc., NCWD File No. 3:07cv16, 2008 WL 2182202, *4 (W.D.N.C. 2008) (Rule 60(b) not appropriate basis for motion to reconsider an interlocutory order).  For this and the other reasons stated in Defendant's Response (document #27), Plaintiffs' Motion is denied.

    **SO ORDERED**.

          Signed: September 17, 2018

          David S. Cayer
          United States Magistrate Judge