UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00740-FDW-DSC

| | |
|---|---|
| DAVID A. JOHNSON and ALDA, INC., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ITALIAN SHOEMAKERS, INC., )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court to memorialize the Court's rulings at the hearing on October 15, 2018. As ordered and for the reasons stated in open court at the hearing on October 15, 2018 before the undersigned, the Court GRANTS summary judgment as to the Unfair and Deceptive Trade Practices Act (N.C.G.S. § 75-1.1) claim but DENIES the remainder of Defendant's Summary Judgment Motion. (Doc. No. 18).[1]

IT IS SO ORDERED.

Signed: October 18, 2018

Frank D. Whitney
Chief United States District Judge

---

[1] Both Plaintiffs' breach of contract and North Carolina Sales Representative Act claims will proceed, but the claims will proceed in the alternative. Plaintiffs have acknowledged that they are not seeking double recovery.

1