UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00740-FDW-DSC

| | |
|---|---|
| DAVID A. JOHNSON and ALDA, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | ORDER and NOTICE OF HEARING |
| ITALIAN SHOEMAKERS, INC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* following the Court's issuance of the Order on Motion for Sanctions (Doc. No. 33). The Court hereby directs Defendant to submit to the Court an accounting of its attorney's fees related to the Motion for Sanctions by September 29, 2018. The Court hereby sets an evidentiary hearing on attorney's fees on October 31, 2018 at 11:00 a.m. in the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202.

IT IS SO ORDERED.

Signed: October 24, 2018

Frank D. Whitney
Chief United States District Judge