UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00740-FDW-DSC

| | |
|---|---|
| DAVID A. JOHNSON and ALDA, INC., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ITALIAN SHOEMAKERS, INC., )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court to memorialize the Court's rulings at the hearing on October 31, 2018. As ordered and for the reasons stated in open court on October 31, 2018 before the undersigned, all Motions in Limine (Doc. Nos. 44, 46, 48, 50, 52, 54, 56, 58, 60, 62, 64, 66, 68, 70) are DENIED WITHOUT PREJUDICE for Parties to refile. Motions in limine are hereby due on December 31, 2018, and all responses are due on January 3, 2019. The Court further instructs Parties to refile their motions in one motion, subject to the word limit in this Court's Standing Order. All pretrial submissions are to be submitted by December 7, 2018 consistent with this Court's ruling in open court and this Court's Standing Order. This matter is hereby continued to the January trial term

IT IS SO ORDERED.

Signed: October 31, 2018

Frank D. Whitney
Chief United States District Judge