UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00740-FDW-DSC

| | |
|---|---|
| DAVID A. JOHNSON and ALDA, INC., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ITALIAN SHOEMAKERS, INC., )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on Defendant's Motion for Sanctions (Doc. No. 20) and Filing of Accounting (Doc. No. 77). Defendant is hereby instructed to submit to the Court, via email, unredacted invoices consistent with this Court's October 31, 2018 Order for <u>in camera</u> inspection by Monday, November 12, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Signed: November 7, 2018

Frank D. Whitney
Chief United States District Judge