UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00740-FDW-DSC

| | |
|---|---|
| DAVID A. JOHNSON and ALDA, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ITALIAN SHOEMAKERS, INC., ) <br> ) <br> Defendant. ) <br> ) | ORDER |

THIS MATTER is before the Court *sua sponte*. The Court hereby files as attachments the unredacted documents submitted in response to the Court's November 7, 2018 Order (Doc. No. 79) with only Defendant Italian Shoemakers, Inc., this Court, and subsequent appellate courts having access to the documents.

IT IS SO ORDERED.

Signed: November 14, 2018

Frank D. Whitney
Chief United States District Judge